```
JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:    +1.858.314.1200
Facsimile:    +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-00427-BAM<br><br>**SAPUTO DAIRY FOODS USA, LLC'S NOTICE OF RELATED CASES**<br><br>**[LOCAL RULE 123]** |

Defendant Saputo Dairy Foods USA, LLC ("Saputo") respectfully submits this Notice of Related Cases pursuant to Civil Local Rule 123(b), to alert the Court to the following cases currently pending in this District:

1. *Psalms Martinez v. Saputo Dairy Foods USA, LLC, et al.*, Case No. 1:22-cv-01624-ADA-HBK, pending before the Honorable District Judge Ana de Alba and the Honorable Magistrate Judge Helena M. Barch-Kuchta in the Eastern District of California, Fresno Division, filed in the Superior Court of California for the County of Tulare on October 31, 2022 and removed to this Court on December 19, 2022 ("*Martinez* Action").

2. *Nataly Lopez Vargas v. Saputo Dairy Foods USA, LLC, et al.*, Case No. 1:22-cv-01645-ADA-BAM, pending before the Honorable District Judge Ana de Alba and the Honorable Magistrate Judge Barbara A. McAuliffe in the Eastern District of California, Fresno Division, filed in the Superior Court of California for the County of Stanislaus on November 21, 2022 and removed to this Court on December 28, 2022 ("*Vargas* Action").

The *Martinez* and *Vargas* Actions are related to the present action within the meaning of Local Rule 123(a). Under Local Rule 123(a), an action is related to another when:

> (1) both actions involve the same parties and are based on the same or similar claim; (2) both actions involve the same property, transaction or event; (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

This case is a putative class action against Saputo for alleged violations of California wage and hour laws. Plaintiff Juan Romero purports to represent all non-exempt Saputo employees in California, including those staffed by a third party, within the applicable statutory period. *See* Compl. at ¶ 4 (February 3, 2023), ECF No. 1-1. The complaint alleges a number of violations of California's Labor Code, including an alleged failure to pay minimum wage and straight time wages, failure to pay overtime wages, failure to provide meal and rest periods, failure to provide accurate itemized wage statements, failure to indemnify employees for expenditures, and failure to timely pay final wages at termination. *Id.* at ¶¶ 27-112.

The plaintiffs in the *Martinez* and *Vargas* actions have alleged many of the same wage and hour class claims on behalf of a nearly identical putative class of all current and former non-exempt California employees for a substantially overlapping time period. *See* Complaint at ¶¶ 24, 31-94, *Martinez v. Saputo Dairy Foods USA, LLC*, No. 1:22-cv-01624-ADA-HBK (E.D. Cal. Oct. 31, 2022), ECF No. 1-1; Complaint at ¶¶ 4, 14-55 *Vargas v. Saputo Dairy Foods USA, LLC*, No. 1:22-cv-01645-ADA-BAM (E.D. Cal. Nov. 21, 2022), ECF No. 1-1. Like Plaintiff in this case, the plaintiffs in the *Martinez* and *Vargas* actions both assert violations of California's laws pertaining to meal breaks, rest breaks, minimum wages, overtime, indemnification of business expenses, and recordkeeping requirements. *Compare* Complaint at ¶¶ 31-46, *Martinez v. Saputo*

*Dairy Foods USA, LLC*, No. 1:22-cv-01624-ADA-HBK (E.D. Cal. Oct. 31, 2022), ECF No. 1-1 *and* Complaint at ¶¶ 14-55, *Vargas v. Saputo Dairy Foods USA, LLC*, No. 1:22-cv-01645-ADA-BAM (E.D. Cal. Nov. 21, 2022), ECF No. 1-1, *with* Compl. at ¶¶ 27-112, ECF No. 1-1.  As a result, Saputo's employment policies and practices will likely be at issue in all three cases and Saputo expects this Court will be asked to resolve legal questions common to both cases through the course of the litigation.

Given the overlap between the questions of fact and issues of law inherent in these cases, it would "entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges."  Local Rule 123(a)(3) and (a)(4).  Saputo accordingly requests these actions be deemed related pursuant to Local Rule 123.

Dated: March 22, 2023

/s/ *Koree B. Wooley*
Koree B. Wooley

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC