JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California  92121.3134
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal, Bar No. 068687
norm@bamlaw.com
Kyle R. Nordrehaug, Bar No. 205975
kyle@bamlawca.com
Aparajit Bhowmik, Bar No. 248066
aj@bamlawca.com
Jeffrey S. Herman, Bar No. 280058
jeffrey@bamlawca.com
Sergio J. Puche, Bar No. 289437
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, California  92037
Telephone:     +1.858.551.1223
Facsimile:     +1.858.551.1232

Attorneys for Plaintiff JUAN ROMERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:23-cv-00427-DJC-JDP<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER TO MAINTAIN STAY AND VACATE STATUS CONFERENCE AND ALL DEADLINES AND HEARINGS PENDING FINAL SETTLEMENT APPROVAL**<br><br>Complaint Filed: February 2, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Juan Romero ("Romero" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Notice of Settlement and Joint Stipulation and Proposed Order to Maintain the Stay And Vacate the Status Conference Pending Resolution of Final Settlement Approval.

## NOTICE OF SETTLEMENT

Please take notice that on September 19, 2023, the Parties attended mediation and reached an agreement in principle shortly thereafter for a settlement on a class-wide and representative action basis, subject to court approval. As set forth in detail below, the Parties intend to pursue approval of the settlement in a related action in Tulare County Superior Court.

## BACKGROUND

1. On May 31, 2023, the Court entered the Parties' stipulation to stay all proceedings in this matter to allow the Parties to explore settlement through private mediation. (*See* ECF No. 18.)

2. On September 19, 2023, at private mediation, the Parties agreed to a settlement of this action and the following related actions (the "Global Settlement"): *Psalms Martinez v. Saputo Dairy Foods USA, LLC*, Case No. 1:22-cv-1624-DJC-JDP (E.D. Cal.); *Psalms Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"); *Vargas v. Saputo Dairy Foods USA, LLC*, Case No. 1:22-cv-1645-DJC-JDP (E.D. Cal.); *Romero v. Saputo Dairy Foods USA, LLC*, Case No. VCU298775 (Tulare Cnty. Sup. Ct.) (collectively, the "Related Actions").

3. On September 26, 2023, Plaintiff filed a status report regarding mediation and request for a status conference. (*See* ECF No. 23.)

4. On September 29, 2023, the court issued a minute order setting a status conference for January 11, 2024 at 1:30 PM. (*See* ECF No. 25.)

5. Given the significant overlap in the claims asserted in the Related Actions, for the

sake of judicial economy, and pursuant to the terms of the Parties' Memorandum of Understanding reached after the mediation, the Parties intend to pursue approval of the Global Settlement through the *Martinez* PAGA Action in Tulare County Superior Court.

6. The Parties are in the process of preparing a long form settlement agreement and anticipate that a motion for preliminary settlement approval will be filed in the *Martinez* PAGA Action within the next 60 days.

7. To facilitate the settlement approval process, the Parties hereby enter into the following stipulation, subject to court approval, to maintain the stay of the proceedings and vacate the status conference pending final approval of the Global Settlement.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. This action shall remain stayed pending final approval of the Global Settlement through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

2. All deadlines, hearings, and conferences, including the January 11, 2024 status conference, are VACATED.

3. The Parties will file a joint status report to apprise this Court of the date set for the hearing on the motion for final settlement approval in the *Martinez* PAGA Action within five court days after that hearing date is set.

4. In the event the court does not grant final approval of the Global Settlement in the *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was stayed.

**IT IS SO STIPULATED.**

Dated: November 17, 2023

JONES DAY

By: */s/ Koree B. Wooley*
Koree B. Wooley
Cindi L. Ritchey
Jayce E. Gustafson

Attorneys for Defendant SAPUTO DAIRY FOODS USA, LLC

Dated: November 17, 2023

BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW, LLP

By: */s/ Sergio Julian Puche* (as authorized on 11/14/23)
Sergio Julian Puche

Attorneys for Plaintiff JUAN ROMERO

### ORDER

Having considered the Joint Stipulation between all Parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated: November 17, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE