1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California  92121.3134
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal, Bar No. 068687
norm@bamlaw.com
Kyle R. Nordrehaug, Bar No. 205975
kyle@bamlawca.com
Aparajit Bhowmik, Bar No. 248066
aj@bamlawca.com
Jeffrey S. Herman, Bar No. 280058
jeffrey@bamlawca.com
Sergio J. Puche, Bar No. 289437
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, California  92037
Telephone:     +1.858.551.1223
Facsimile:     +1.858.551.1232

Attorneys for Plaintiff JUAN ROMERO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:23-cv-00427-DJC-JDP<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER TO MAINTAIN STAY PENDING FINAL SETTLEMENT APPROVAL**<br><br>Complaint Filed: February 2, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Juan Romero ("Romero" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

### STATUS OF LAWSUIT

1.      On November 20, 2023, the Court stayed this case pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report apprising the Court of the date set for a hearing on the motion for final settlement approval. (*See* ECF No. 30.)

2.      On August 14, 2024, the court in the *Martinez* PAGA Action granted the Parties' Motion for Preliminary Approval of the Global Settlement and set a Hearing on Final Approval of the Global Settlement for February 10, 2025 at 8:30 a.m.

3.      The Parties hereby enter into the following stipulation, subject to court approval, to maintain the stay of the proceedings pending final approval of the Global Settlement.

///

///

///

///

///

///

///

///

///

///

///

1

## STIPULATION

2

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3

4

    1.    This action shall remain stayed pending final approval of the Global Settlement through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

6

7

    2.    In the event the court does not grant final approval of the Global Settlement in the *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was stayed.

8

**IT IS SO STIPULATED.**

9

10

Dated: November 25, 2024

JONES DAY

11

12

By: */s/ Koree B. Wooley*

Koree B. Wooley

13

Attorneys for Defendant SAPUTO DAIRY

14

FOODS USA, LLC

15

Dated: November 25, 2024

BLUMENTHAL NORDREHAUG BHOWMIK DE

16

BLOUW, LLP

17

By: */s/ Sergio Julian Puche* (as authorized on

18

11/25/24)

Sergio Julian Puche

19

Attorneys for Plaintiff JUAN ROMERO

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:23-cv-00427-DJC-JDP

1

**<u>ORDER</u>**

2

Having considered the Joint Stipulation between all Parties, and good cause appearing,

3

1.     This action shall remain stayed pending final approval of the Global Settlement

4

through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

2.     In the event the court does not grant final approval of the Global Settlement in the

6

*Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7

stayed.

8

3.     The parties shall file a joint status report within fourteen days after the hearing on

9

Final Approval of the Global Settlement advising this Court on the status and/or outcome of the

10

Global Settlement in the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.)

11

and shall promptly notify the Court of any change in said hearing's date.

12

13

IT IS SO ORDERED.

14

15

Dated:  November 26, 2024                    /s/ Daniel J. Calabretta

16

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:23-cv-00427-DJC-JDP