JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California  92121.3134
Telephone:     +1.858.314.1200
Facsimile:      +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal, Bar No. 068687
norm@bamlaw.com
Kyle R. Nordrehaug, Bar No. 205975
kyle@bamlawca.com
Aparajit Bhowmik, Bar No. 248066
aj@bamlawca.com
Jeffrey S. Herman, Bar No. 280058
jeffrey@bamlawca.com
Sergio J. Puche, Bar No. 289437
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, California  92037
Telephone:     +1.858.551.1223
Facsimile:      +1.858.551.1232

Attorneys for Plaintiff JUAN ROMERO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 1:23-cv-00427-DJC-JDP<br><br>**JOINT STATUS REPORT; STIPULATION AND ORDER TO MAINTAIN STAY PENDING FINAL SETTLEMENT APPROVAL**<br><br>Complaint Filed: February 2, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Juan Romero ("Romero" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

<u>**STATUS OF LAWSUIT**</u>

1.      On November 26, 2024, the Court entered the Parties' stipulation to maintain the stay of this action pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report within fourteen days after the hearing on the Parties' Motion for Final Approval of the Global Settlement (the "Final Approval Hearing"). (*See* ECF No. 32.)

2.      On February 10, 2025, the Parties appeared for the Final Approval Hearing in the *Martinez* PAGA Action.  The Court heard additional argument regarding Plaintiffs' request for attorneys fees and took the Motion for Final Approval under submission.  As of the filing of this status report, the Court has not yet issued a decision on the Motion for Final Approval.

///

///

///

///

///

///

///

///

///

///

///

JOINT STATUS REPORT; STIPULATION TO
MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:23-cv-00427-DJC-JDP

1

## STIPULATION

2

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3      1.    This action shall remain stayed pending final approval of the Global Settlement

4    through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5      2.    In the event the court does not grant final approval of the Global Settlement in the

6    *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7    stayed.

8      3.    The Parties will file a joint status report within fourteen days of a decision on the

9    Motion for Final Approval of the Global Settlement in the *Martinez* PAGA Action.

10

11      **IT IS SO STIPULATED.**

12

13    Dated: February 24, 2025          JONES DAY

14

15                          By: */s/ Koree B. Wooley*
                                Koree B. Wooley

16                          Attorneys for Defendant SAPUTO DAIRY
                            FOODS USA, LLC
17

18    Dated: February 24, 2025          BLUMENTHAL NORDREHAUG BHOWMIK DE
                                BLOUW, LLP
19

20                          By: */s/ Jeffrey S. Herman* (as authorized on 2/24/25)
21                              Jeffrey S. Herman

22                          Attorneys for Plaintiff JUAN ROMERO

23

24

25

26

27

28

JOINT STATUS REPORT; STIPULATION TO
MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:23-cv-00427-DJC-JDP

1

## **ORDER**

2    Having considered the Joint Stipulation between all Parties, and good cause appearing,

3    **IT IS SO ORDERED.**

4

5    Dated:  February 25, 2025                    /s/ Daniel J. Calabretta

6                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT; STIPULATION TO
MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:23-cv-00427-DJC-JDP