BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal, Bar No. 068687
norm@bamlaw.com
Kyle R. Nordrehaug, Bar No. 205975
kyle@bamlawca.com
Aparajit Bhowmik, Bar No. 248066
aj@bamlawca.com
Jeffrey S. Herman, Bar No. 280058
jeffrey@bamlawca.com
Sergio J. Puche, Bar No. 289437
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, California  92037
Telephone:    +1.858.551.1223
Facsimile:    +1.858.551.1232

Attorneys for Plaintiff JUAN ROMERO

JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California  92121.3134
Telephone:    +1.858.314.1200
Facsimile:    +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 1:23-cv-00427-DJC-JDP<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, INCLUDING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PRE-CERTIFICATION CLASS CLAIMS WITHOUT PREJUDICE; ORDER**<br><br>Complaint Filed: February 2, 2023 |

Plaintiff Juan Romero ("Romero" or "Plaintiff") and Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate to voluntarily dismiss Plaintiff's entire case, including his individual claims with prejudice and the pre-certification class claims without prejudice and without notice by the Court, pursuant to Rule 41(a)(1)(A)(ii) and Rule 23(e) of the Federal Rules of Civil Procedure.

**BACKGROUND**

1. Plaintiff initially filed this putative class action on February 3, 2023, in Merced County Superior Court, which Defendant subsequently removed to this Court on March 22, 2023, where it remains pending. In this Action, Plaintiff asserts class claims for alleged (1) unfair competition, (2) unpaid minimum wages, (3) unpaid overtime wages, (4) meal period violations, (5) rest period violations, (6) wage statement violations, (7) unreimbursed business expenses, and (8) failure to pay sick wages. Plaintiff seeks to represent a class consisting of all nonexempt California employees of Defendant.

2. Plaintiff later filed a PAGA-only lawsuit on June 1, 2023, in Tulare Superior Court, entitled *Romero v. Saputo Dairy Foods USA, LLC*, Case No. VCU298775 ("*Romero* PAGA Action"), asserting claims for civil penalties based on alleged violations of Labor Code §§ 201-204, 210, 221, 226, 226.7, 227.3, 246, 510, 512, 558, 1194, 1197, 1197.1, 1198, 2802, and the applicable IWC Wage Orders, including provisions pertaining to reporting time pay and suitable seating. The *Romero* PAGA Action is based on substantially the same factual allegations and seeks relief on behalf of the same group of individuals as the instant Action.

3. In addition to the two lawsuits filed by Plaintiff, there are three other substantially overlapping class action and representative PAGA action lawsuits involving the same claims on behalf of the same group of current and former employees of Defendant: (1) *Psalms Martinez v. Saputo Dairy Foods USA, LLC*, U.S.D.C. E.D. Cal. Case No. 1:22-cv-1624-DJC-JDP ("*Martinez* Class Action"); *Psalms Martinez v. Saputo Dairy Foods USA, LLC*, Tulare County Superior Court Case No. VCU294960 ("*Martinez* PAGA Action"); and *Nataly Lopez Vargas v. Saputo Dairy*

*Foods USA, LLC*, U.S.D.C. E.D. Cal. Case No. 1:22-cv-1645- DJC-JDP ("*Vargas* Class/PAGA Action").

4.     On September 19, 2023, the Parties to this Action, the *Romero* PAGA Action, the *Martinez* Class Action, *Martinez* PAGA Action, and *Vargas* Class/PAGA Action attended a full day private mediation with mediator David Rotman.  The Parties reached a global settlement of the five actions, and entered into a settlement agreement that was fully executed as of March 14, 2024 ("Settlement Agreement").

5.     As part of the class action and PAGA representative action settlement, the Tulare Superior Court granted leave to file an amended complaint in the *Martinez* PAGA Action adding Romero and Vargas as class and PAGA representatives, and incorporating the class and PAGA claims and allegations on behalf of the putative class and aggrieved employees in the five actions into one complaint.  All of the claims asserted in this Action were therefore subsumed within the *Martinez* PAGA Action.

6.     The Parties sought preliminary and final approval of the global settlement that includes all of the same claims asserted in this action ("Global Settlement"), through the related *Martinez* PAGA Action. On March 24, 2025, the *Martinez* Court granted final approval of the Settlement Agreement and entered a Judgment and Order Granting Plaintiffs' Motion for Final Approval of Class Action and PAGA Settlement ("Judgment") that disposes of all of the claims asserted in this Action, the *Romero* PAGA Action, the *Martinez* Class Action, *Martinez* PAGA Action, and the *Vargas* Class/PAGA Action. Attached as Exhibit 1 is a true and correct copy of the Court Judgment.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.     Subject to Court approval, the Parties stipulate that the voluntary dismissal of the entire action, including pre-certification dismissal of class claims without notice by the Court to putative class members, is appropriate because all of the claims asserted in this Action are barred by the doctrines of res judicata and release, based on the final approval granted by the Tulare County Superior Court of the Global Settlement and the Judgment entered in the *Martinez* PAGA

1  Action.  As part of the approval process for the Settlement Agreement, putative class members in
2  the *Martinez* PAGA Action received notice of the Settlement Agreement consistent with the
3  requirements of due process and had the opportunity to object or opt out of the settlement of the
4  *Martinez* PAGA Action.  In addition, neither Plaintiff nor his attorneys have made any concessions
5  with respect to the interests of the putative class in order to further their own interests, and the
6  Parties are unaware of any media attention given to this Action.  In this Action, the Parties seek a
7  dismissal with prejudice only as to Plaintiff's individual claims, and seek a dismissal without
8  prejudice of Plaintiff's class claims, so no notice to putative class members is required in this Action.
9  *See, e.g., Rodriguez v. Nationwide Mut. Ins. Co*., 2017 U.S. Dist. LEXIS 237338 at *9 (C.D. Cal.
10 Nov. 16, 2017) (class notice not required where potential class members not prejudiced by dismissal
11 of the action).

12        2.    The Parties hereby stipulate and request that the Court approve this Stipulation of
13 Dismissal, dismissing Plaintiff's individual claims with prejudice and the putative class claims
14 without prejudice.  In accordance with Rule 23(e), the dismissal of the uncertified class may be
15 approved without notice by the Court to members of the proposed class because the dismissal would
16 not prejudice any putative class members.

17    **IT IS SO STIPULATED.**

19 Dated: March 31, 2025              JONES DAY

21                                    By:  */s/ Koree B. Wooley*
                                      Koree B. Wooley

22                                    Attorneys for Defendant SAPUTO DAIRY
                                      FOODS USA, LLC

24 Dated: March 31, 2025              BLUMENTHAL NORDREHAUG BHOWMIK DE
                                      BLOUW, LLP

26                                    By:  */s/ Sergio J. Puche* (as authorized on 3/31/25)
                                      Jeffrey S. Herman
27                                    Sergio J. Puche

28                                    Attorneys for Plaintiff JUAN ROMERO

- 4 -                                JOINT STIPULATION FOR DISMISSAL OF
                                     ENTIRE ACTION 1:23-cv-00427-DJC-JDP

**ORDER**

Having considered the Joint Stipulation between all Parties, and good cause appearing, **IT IS ORDERED** as follows:

1. All of Plaintiff's individual claims are dismissed with prejudice. The putative class claims, which have not been certified, are dismissed without prejudice;
2. The dismissal of the uncertified class claims is approved without notice by the Court to members of the proposed class; and
3. This Action is hereby dismissed in its entirety.

Dated:  April 4, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE